1  K. Randolph Moore, Esq. 106933
   Tanya E. Moore, Esq. 206683
2  MOORE LAW FIRM, P.C.
   332 N. Second Street
3  San Jose, CA  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff

6

7

8

   UNITED STATES DISTRICT COURT
9
   NORTHERN DISTRICT OF CALIFORNIA
10

11 | THERESA WALLEN,              )  No.   CV 10-03341-PVT
                                  )
12 |         Plaintiff,           )  **STIPULATION AND ORDER TO FILE**
                                  )  **FIRST AMENDED COMPLAINT**
13 |    vs.                       )
                                  )
14 | HARRY YOO dba KAMAKURA SUSHI )
   | AND SAKE HOUSE, et al.       )
15 |                              )
                                  )
16 |         Defendants.          )
                                  )
17 |_____)

18

19     IT IS HEREBY STIPULATED by and between the parties hereto through their

20 respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy

21 of which is attached hereto.  Plaintiff is amending its complaint in order to add a party

22 which it has learned is a co-owner of the subject property in this action.

23     IT IS FURTHER STIPULATED that defendants Harry Yoo dba Kamakura Sushi

24 and Sake House; and Bassem R. Sirhed, Trustee of the Bassem R. Sirhed Trust of 2001

25 (hereinafter collectively referred to as "Defendants") waive notice and service of the First

26 Amended Complaint.  Plaintiff and Defendants entered into a Stipulation extending the

27 time within which Defendants could answer the Complaint up to and including

28 _____

Stipulation and Order to File First Amended Complaint
*Wallen v. Harry Yoo, et al*.; Case No. CV10-03341-PVT

Page 1

1  November 1, 2010.  Defendants hereby stipulate that they will now have until November
2  1, 2010 to respond to Plaintiff's First Amended Complaint.
3       IT IS SO STIPULATED.

4  Dated: October 22, 2010                    /s/    PHILIP KEITH
                                              Philip Keith, Attorney for Defendants Harry
5                                             Yoo dba Kamakura Sushi and Sake House;
                                              Bassem R. Sirhed, Trustee of the Bassem R.
6                                             Sirhed Trust of 2001
7

8  Dated: October 22, 2010                    MOORE LAW FIRM, PC
9

10                                            By:  /s/ TANYA E. MOORE
                                                   Tanya E. Moore
11                                                 Attorneys for Plaintiff Theresa Wallen
12

13                                 **ORDER**
14

15       THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT
16  the First Amended Complaint be filed forthwith.
17

18  **IT IS SO ORDERED.**

19  Dated: 10/25/2010                          *Patricia V. Trumbull*
20                                             U.S. MAGISTRATE JUDGE PATRICIA V. TRUMBULL

---

Stipulation and Order to File First Amended Complaint
*Wallen v. Harry Yoo, et al.*; Case No. CV10-03341-PVT

Page 2