UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THERESA WALLEN, | ) | Case No.: C 10-03341 PSG |
|---|---|---|
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| HARRY YOO DBA KAMAKURA SUSHI AND SAKE HOUSE, ET AL., | ) | |
| Defendant. | ) | |

On October 25, 2010, the court granted the parties' stipulation allowing Plaintiff Theresa Wallen to file a first amended complaint and providing for Defendant Harry Yoo doing business as Kamakura Sushi and Sake House to respond to the first amended complaint no later than November 1, 2010. To date, no answer, or other responsive pleading, to the first amended complaint has been filed.

Accordingly, Mr. Yoo is ordered to show cause in writing no later than January 18, 2011 why default should not be entered against him.

IT IS SO ORDERED.

Dated:   January 4, 2011

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*