1
2
3
4
5
6
7
8
9                         UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

12   THERESA WALLEN,                    )        Case No.: C 10-03341 PSG
                                        )
13                     Plaintiff,       )        **ORDER CONTINUING DEADLINE ON**
            v.                          )        **ORDER TO SHOW CAUSE**
14                                      )
     HARRY YOO DBA KAMAKURA SUSHI )              **[Docket No. 10]**
15   AND SAKE HOUSE, ET AL.,            )
                                        )
16                     Defendant.       )
     _____ )
17

18          On January 4, 2011, the court ordered Defendant Harry Yoo doing business as Kamakura

19   Sushi and Sake House to show cause why default should not be entered against him for failing to

20   answer, or otherwise respond to, the first amended complaint no later than January 18, 2011.

21          On January 5, 2011, Mr. Yoo advised the court that the parties had settled the action within

22   the last week.  Pursuant to a settlement agreement, a final payment is due on or before February 4,

23   2011 and the action will then be dismissed within 5 days of the final payment.  To that end, Mr. Yoo

24   requested that the deadline on the order to show cause be continued to a date after February 11,

25   2011.

26          Having reviewed the response,

27          IT IS HEREBY ORDERED that Mr. Yoo's request is GRANTED.

28          The deadline on the order to show cause is continued to February 15, 2011.  In the future,

     Mr. Yoo is advised either to stipulate to extend the time within which to answer or otherwise

1    respond to the complaint or to seek leave of the court to extend the date to file an answer or other

2    responsive pleading.  *See* Civ. L.R. 6-1.

3         IT IS SO ORDERED.

4    Dated:

5                                            _____

6                                            PAUL S. GREWAL
                                             United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28